478 A.2d 97

Commonwealth v. Nalewak, Appellant.
Petition for Allowance of Appeal
Denied Oct. 15, 1984.

Submitted February 24, 1984. David B. Dowling, for appellant; John M. Eakin, District Attorney, for appellee.

Before SPAETH, President Judge, and CIRILLO and CERCONE, JJ.

Order affirmed.